**Opinion issued August 7, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00585-CV

———————————

## IN RE JAKEITHEN GREEN, Relator

———————————

## Original Proceeding on Petition for Writ of Mandamus

———————————

### MEMORANDUM OPINION

Relator Jakeithen Green has filed a petition for writ of mandamus to compel the trial court to rule on various motions.[1] We deny mandamus relief. *See* TEX. R. APP. P. 52.8(a). Any pending motions are dismissed as moot.

---

[1] The underlying case is *Jakeithen Davonte Green v. The Office of the Attorney General*, cause number 2021-33268, pending in the 247th District Court of Harris County, Texas, the Honorable Janice Berg presiding.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Caughey and Johnson.